LOUIS SHERRY, Appellant, *v.* ARTHUR B. PROAL, Respondent.

Reported below, 131 App. Div. 774. ·
(Submitted May 9, 1910; decided May 17, 1910.)

MOTIONS to dismiss and for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1909, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover rent.

The motions were made upon the ground that the reversal was upon a question of fact and, therefore, not reviewable by the Court of Appeals.

*Franklin Bien* and *Thomas M. Rowlette* for appellant.

*Martin W. Littleton* for respondent.

Motion to dismiss appeal denied, without costs.

Motion for leave to withdraw appeal granted, provided that within twenty days from the filing of this order the appellant pays to respondent the costs that have accrued to date and ten dollars costs of motion; on failure to comply with this provision the appeal is dismissed, with costs and ten dollars costs of motion.